# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2022-1821

———————————————————

JUAN RAMON NAVA,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Liberty County.
George S. Reynolds, Judge.

February 21, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Jessica J. Yeary, Public Defender, Tyler K. Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.